RIKER et al. v. MANCHESTER ASSUR. CO. OF MANCHESTER, ENG. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Edward L. Riker and others against the Manchester Assurance

Company of Manchester, England. No opinion. Plaintiffs' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.